```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARK MAZZA, et al.,              :
                                 :      CIVIL ACTION
          Plaintiffs,            :      NO. 20-3253
                                 :
     v.                          :
                                 :
THE BANK OF NEW YORK MELLON      :
CORP., et al.                    :
                                 :
          Defendants.            :
```

## O R D E R

**AND NOW** this **22nd** day of **September 2022,** upon consideration of Plaintiff's motion for recusal (ECF No. 58), it is hereby **ORDERED** that the motion is **DENIED.**

    **AND IT IS SO ORDERED.**

*Eduardo C. Robreno*
**EDUARDO C. ROBRENO,    J.**