```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

MARK MAZZA, et al.,              :   CIVIL ACTION
                                 :   NO. 20-3253
        Plaintiffs               :
    v.                           :
                                 :
THE BANK OF NEW YORK             :
MELLON, et al.,                  :
                                 :
        Defendants               :

### ORDER

**AND NOW**, this **24th** day of **May, 2023,** after considering the parties' responses to the Court's rule to Show Cause, see ECF Nos. 51 & 53-56, it is hereby **ORDERED** that Plaintiffs' claims are **DISMISSED with prejudice**. It is **FURTHER ORDERED** that the Clerk of Court shall mark the case **CLOSED.**

**AND IT IS SO ORDERED.**

*Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**